UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20091-CR-LENARD/GOODMAN

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

STEVE EVERETTE JENKINS,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 29)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 29), issued on May 13, 2015, recommending that the District Court deny the defendant's Motion to Suppress, D.E. 20. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 29) issued on May 13, 2015, is **ADOPTED**.

2. The Defendant's Motion is **denied.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16 day of July, 2015

                                                      JOAN A. LENARD
                                                      UNITED STATES DISTRICT JUDGE